UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN GLENNON, | : Civil Action No. 10-324 (JAP) |
| Plaintiff, | : |
| v. | : AMENDED PRETRIAL SCHEDULING ORDER |
| WING ENTERPRISES, INC., et al., | : |
| Defendants. | : |

This matter having come before the Court during a telephone status conference on December 1, 2010; and the Court having conferred with counsel concerning the timely completion of discovery; and good cause appearing for the entry of the within Order;

IT IS on this 1st day of December 2010,

ORDERED THAT:

1. The time for completion of fact discovery, including depositions, is extended to February 15, 2011

2. The deadline for Plaintiff to serve any expert disclosures and reports is extended to February 15, 2011.

3. The deadline for Defendants to serve any expert disclosures and reports is extended to March 31, 2011.

4. No expert shall testify at the time of trial as to any opinions, nor base those opinions on facts, not substantially disclosed in any report as described in the preceding paragraph.

5. Counsel will confer in a good faith attempt to resolve any discovery or case management disputes before making such dispute the subject of a motion. No discovery motion will be entertained absent counsel's full compliance with L. CIV. R. 37.1(a)(1); *see also* L. CIV. R. 16.1(f). Any discovery or case management disputes will be brought to the Magistrate Judge's attention immediately by conference call with local counsel, with letter preceding the call.

6. A telephone status conference will be conducted by the undersigned on February 3, 2011 at 2:00 P.M. Defendants' counsel will initiate the call.

      7.  The Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel.  Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

      8.  Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no extensions except for good cause shown and by leave of Court, even with consent of all counsel.

      *s/ Douglas E. Arpert*
      **DOUGLAS E. ARPERT**
      **United States Magistrate Judge**

**ALL PROPOSED ORDERS AND LETTER MEMORANDA SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov. ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**