# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SEAN GLENNON,            :  Civil Action No.  10-324 (JAP)

        Plaintiff,        :

v.                      :  **SECOND AMENDED SCHEDULING**

                               :         **ORDER**

WING ENTERPRISES, INC., et al.,  :

        Defendants.     :

_____ :

        This matter having come before the Court during a telephone status conference on January 20, 2011; and the Court having conferred with counsel concerning the timely completion of discovery; and good cause appearing for the entry of the within Order;

        IT IS on this 21st day of January 2011,

        ORDERED THAT:

        1.  The time for completion of fact discovery, including depositions, remains <u>February 15, 2011</u>

        2.  Plaintiff shall serve any updated medical reports by <u>February 28, 2011</u>.

        3. The deadline for Plaintiff to serve any liability expert disclosures and reports is extended to <u>March 30, 2011</u>.

        4. The deadline for Defendants to serve any expert disclosures and reports is extended to <u>May 16, 2011</u>.

        5.  Counsel will confer in a good faith attempt to resolve any discovery or case management disputes before making such dispute the subject of a motion.  No discovery motion will be entertained absent counsel's full compliance with L. CIV. R. 37.1(a)(1); *see also* L. CIV. R. 16.1(f).   Any discovery or case management disputes will be brought to the Magistrate Judge's attention immediately by conference call with local counsel, with letter preceding the call.

        6.  A telephone status conference will be conducted by the undersigned on <u>June 27, 2011</u> at <u>10:30 A.M.</u>  Plaintiff's counsel will initiate the call.

        7.  The Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel.  Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

8.   Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no extensions except for good cause shown and by leave of Court, even with consent of all counsel.


*s/ Douglas E. Arpert*
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**


**ALL PROPOSED ORDERS AND LETTER MEMORANDA SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov. ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**