# Law Offices of
# Peter Cipparulo, III, LLC

Peter Cipparulo, III, Esq.*
*Certified by the Supreme Court of New Jersey
as a Certified Civil Trial Attorney

349 Route 206
Hillsborough, NJ 08844
Phone: (908) 275-8777
Fax: (908) 271-7122
Email: petercipparulo@cipplaw.com

January 18, 2012

**Via ECF**

The Honorable Joel A. Pisano, U.S.D.C.
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

**Re: Glennon v. Wing Enterprises,
Docket No. 3:10-CV-00324-JAP**

Dear Judge Pisano:

Please allow this letter to confirm that counsel for the defendant is available for the in person conference to be held on February 3, 2012 at 10:00am.

Respectfully submitted,

PETER CIPPARULO, III